CONSTANTIN V. ROBOOSTOFF, CA BAR NO. 69328
ROBOOSTOFF & KALKIN
369 Pine Street, Suite 610
San Francisco, California 94104
Telephone: (415) 732-0282
Facsimile:   (415) 732-0287

MORRIS NAZARIAN, CA BAR NO. 230275
LAW OFFICES OF MORRIS NAZARIAN
1875 Century Park East, Suite 850
Los Angeles, California 90067
Telephone: (310) 277-2323
Facsimile:   (310) 556-2308

Attorneys for Plaintiff
TIMOTHY LEE POTTS

SETH L. NEULIGHT,  CA BAR NO. 184440
TZADDI S. THOMPSON,  CA BAR NO. 229018
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA  94105
Telephone:    (415) 371-1200
Facsimile:    (415) 371-1211

Attorneys for Defendant
KAISER FOUNDATION HEALTH PLAN, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TIMOTHY LEE POTTS,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.; KAISER PERMANENTE INFORMATION TECHNOLOGY, a corporation; and DOES 1 through 100 inclusive,<br><br>　　　　　　　Defendants. | Case No.: 2:07-CV-01901 LKK GGH<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF FAMILY AND MEDICAL LEAVE ACT CLAIM FROM THIRD CAUSE OF ACTION OF COMPLAINT** |

1  The parties to the above-captioned action, Plaintiff Timothy Lee Potts ("Plaintiff") and Defendant Kaiser Foundation Health Plan, Inc. ("Defendant"),[1] by and through their respective attorneys of record, hereby stipulate and agree to the dismissal with prejudice of the part of the Third Cause of Action of Plaintiff's Complaint which alleges a claim for relief under the Family and Medical Leave Act ("FMLA"), 29 U.S.C. § 2601 *et seq.*

IT IS SO STIPULATED.

Dated:  September 27, 2007        ROBOOSTOFF AND KALKIN


                                  By  /s/ Constantin V. Roboostoff
                                      Constantin V. Roboostoff


Dated:  September 27, 2007        LAW OFFICES OF MORRIS NAZARIAN


                                  By  /s/ Morris Nazarian
                                      Morris Nazarian

                                      Attorneys for Plaintiff
                                      TIMOTHY LEE POTTS


Dated:  September 27, 2007        THELEN REID BROWN RAYSMAN & STEINER LLP


                                  By  /S/ Seth L. Neulight
                                      Seth L. Neulight
                                      Attorneys for Defendant
                                      KAISER FOUNDATION HEALTH PLAN, INC.

---

[1] The named defendant "Kaiser Permanente Information Technology" is merely the name of an internal organization with Kaiser Permanente and is not itself a legal entity capable of being sued. Therefore, Kaiser Permanente Information Technology is not a separate party to this action.

**ORDER**

Pursuant to the parties' Stipulation as set forth above, the part of Plaintiff's Third Cause of Action in the Complaint alleging a claim for relief for violation of the Family and Medical Leave Act is HEREBY DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: September 27, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT