1  CONSTANTIN V. ROBOOSTOFF, CA BAR NO. 69328
   ROBOOSTOFF & KALKIN
2  369 Pine Street, Suite 610
   San Francisco, California 94104
3  Telephone: (415) 732-0282
   Facsimile:  (415) 732-0287
4
   MORRIS NAZARIAN, CA BAR NO. 230275
5  LAW OFFICES OF MORRIS NAZARIAN
   1875 Century Park East, Suite 850
6  Los Angeles, California 90067
   Telephone: (310) 277-2323
7  Facsimile:  (310) 556-2308

8  Attorneys for Plaintiff
   TIMOTHY LEE POTTS
9
   SETH L. NEULIGHT,  CA BAR NO. 184440
10 TZADDI S. THOMPSON,  CA BAR NO. 229018
   THELEN REID BROWN RAYSMAN & STEINER LLP
11 101 Second Street, Suite 1800
   San Francisco, CA  94105
12 Telephone:    (415) 371-1200
   Facsimile:    (415) 371-1211
13
   Attorneys for Defendant
14 KAISER FOUNDATION HEALTH PLAN, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TIMOTHY LEE POTTS, | Case No.: 2:07-CV-01901 LKK GGH |
| Plaintiff, | **STIPULATION AND ORDER FOR REMAND OF ACTION TO STATE COURT** |
| vs. | |
| KAISER FOUNDATION HEALTH PLAN, INC.; KAISER PERMANENTE INFORMATION TECHNOLOGY, a corporation; and DOES 1 through 100 inclusive, | |
| Defendants. | |

1    The parties to the above-captioned action, Plaintiff Timothy Lee Potts ("Plaintiff") and
2  Defendant Kaiser Foundation Health Plan, Inc. ("Defendant"),[1] by and through their respective
3  attorneys of record, hereby stipulate as follows:
4    WHEREAS, Defendant removed this action from the Superior Court of the State of
5  California, San Joaquin County ("State Court") on the ground that this Court had federal question
6  jurisdiction over that portion of the Third Cause of Action of Plaintiff's Complaint alleging a
7  claim for relief under the Family and Medical Leave Act ("FMLA"), 29 U.S.C. § 2601 *et seq.*, and
8  supplemental jurisdiction over the remaining state law claims; and
9    WHEREAS, the Court has dismissed with prejudice Plaintiff's FMLA claim pursuant to
10 the parties' stipulation;
11   NOW THEREFORE, Plaintiff and Defendant further stipulate to entry by the Court of an
12 Order remanding this Action to the State Court, with each party to bear his or its own attorney's
13 fees and costs incurred with respect to the removal and remand.
14   IT IS SO STIPULATED.

15 Dated:  October 2, 2007            ROBOOSTOFF AND KALKIN

17                                    By  /s/ Constantin V. Roboostoff
                                         Constantin V. Roboostoff

19 Dated:  October 2, 2007            LAW OFFICES OF MORRIS NAZARIAN

21                                    By  /s/ Morris Nazarian
                                         Morris Nazarian

                                      Attorneys for Plaintiff
23                                    TIMOTHY LEE POTTS

---

[1] The named defendant "Kaiser Permanente Information Technology" is merely the name of an internal organization with Kaiser Permanente and is not itself a legal entity capable of being sued. Therefore, Kaiser Permanente Information Technology is not a separate party to this action.

1  Dated: October 2, 2007                    THELEN REID BROWN RAYSMAN & STEINER LLP

3                                          By  /S/ Seth L. Neulight
                                                Seth L. Neulight
4                                               Attorneys for Defendant
                                                KAISER FOUNDATION HEALTH PLAN, INC.

6                                  **[PROPOSED] ORDER**

      Pursuant to the parties' Stipulation, this action is HEREBY REMANDED to the Superior Court of the State of California, San Joaquin County.  The parties shall bear their own respective attorney's fees and costs.

      IT IS SO ORDERED.

13  Dated:   October 2, 2007.

                                        /s/ Lawrence K. Karlton
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT